■ ALPHONSE SICIGNANO et al., Appellants, v NEW YORK CITY TRANSIT AUTHORITY, Respondent, et al., Defendants. [3 NYS3d 594]—

Judgment, Supreme Court, New York County (Carol E. Huff,

J.), entered April 30, 2014, after a jury trial, in favor of defendant New York City Transit Authority (defendant), unanimously affirmed, without costs. Appeal from order, same court and Justice, entered December 12, 2013, which denied plaintiffs' posttrial motion to set aside the verdict as against the weight of the evidence, unanimously dismissed, without costs, as subsumed in the appeal from the judgment.

The jury's verdict—that defendant's violations of the Administrative Code of the City of New York were not reasonably connected to plaintiff firefighter's injury—was a fair interpretation of the evidence (see *Lolik v Big v Supermarkets*, 86 NY2d 744, 746 [1995]). While defendant did not call an expert to rebut plaintiffs' expert's opinion as to causation, "the jury is entitled to accept, or reject, an expert's testimony in whole or in part" (*McDermott v Coffee Beanery, Ltd.*, 9 AD3d 195, 207 [1st Dept 2004]). In addition, the jury was free to accept or reject plaintiff's account of the accident. Concur—Mazzarelli, J.P., Friedman, Sweeny, Gische and Kapnick, JJ.